UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DENITHIA PENDERGRASS AND ALENA KELLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br>v.<br><br>CITY GEAR, LLC, a.k.a. SHELMAR RETAIL PARTNERS, LLC, et al.<br><br>                Defendants. | )<br>)<br>)<br>) CASE NO. 3:12-cv-01287<br>)<br>) CIVIL ACTION<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) JUDGE CAMPBELL<br>) MAG. JUDGE KNOWLES |

## JOINT MOTION TO EXTEND THE DEADLINE TO FILE SETTLEMENT PAPERS AND PRELIMINARY APPROVAL MOTION

Because the parties have a reached a proposed settlement agreement, subject to this Court's approval, the parties jointly request that this Court extend the stay of all current deadlines in this matter. The extension of the deadline to submit settlement papers would allow the parties' counsel to obtain their clients' signatures on the agreement. The parties anticipate that this will be the final extension of this deadline. The parties will submit the proposed settlement agreement and accompanying papers on or before September 27, 2013.

Dated: September 17, 2013

| | |
|---|---|
| /s/ Randall Fishman_____<br>Randall Fishman<br>C. Barry Ward<br>**BALLIN, BALLIN & FISHMAN, P.C.**<br>200 Jefferson Avenue, Suite 1250<br>Memphis, TN 38103-2357<br>rfishman@bbfpc.com<br>bward@bbfpc.com<br>*Attorneys for Defendants* | /s/ Andrew Melzer_____<br>Jeremy Heisler*<br>Andrew Melzer*<br>**SANFORD HEISLER, LLP**<br>1350 Ave of the Americas, 31st Floor<br>New York, NY 10019<br>Telephone: (646) 402-5650<br>Facsimile: (646) 402-5651<br>jheisler@sanfordheisler.com<br>amelzer@sanfordheisler.com<br>*Attorneys for Plaintiffs and the Proposed Collection Action Class* |

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Joint Motion to Extend the Deadline to File Settlement Papers and Preliminary Approval Motion* has been served on the following counsel of record via the court's ECF filing system, on this the 17th day of September 2013:


Randall Fishman
C. Barry Ward
**BALLIN, BALLIN & FISHMAN, P.C.**
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103-2357
rfishman@bbfpc.com
bward@bbfpc.com

Kenneth Ray Jones, Jr.
**JONES HAWKINS & FARMER, PLC**
One Nashville Place, Suite 1820
150 Fourth Avenue North
Nashville, TN 37219
kjones@joneshawkinsfarmer.com

*Attorneys for Defendants*




 /s/Andrew Melzer_____
Andrew Melzer
SANFORD HEISLER, LLP