IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DENITHIA PENDERGRASS, et al.   )
                               )
v.                             ) NO. 3-12-1287
                               ) JUDGE CAMPBELL
CITY GEAR, LLC, et al.         )

ORDER

Pending before the Court is a Joint Motion to Extend Deadline to File Settlement Papers and Preliminary Approval Motion (Docket No. 105). The Motion is GRANTED, and the parties shall have until September 27, 2013, to file the Proposed Settlement Agreement and accompanying documents.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE