UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DENITHIA PENDERGRASS AND ALENA KELLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>    *Plaintiffs*,<br>v.<br><br>CITY GEAR, LLC, a.k.a. SHELMAR RETAIL PARTNERS, LLC, et al.<br><br>    *Defendants*. | )<br>)<br>)<br>) CASE NO. 3:12-cv-01287<br>)<br>) CIVIL ACTION<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) JUDGE CAMPBELL<br>) MAG. JUDGE KNOWLES |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RELATED RELIEF

Plaintiffs Denithia Pendergrass and Alena Kelley, and the opt-in collective action Plaintiffs, on behalf of themselves and all others similarly situated, by their attorneys, hereby respectfully move for an Order:

(a) finally approving the parties' Settlement Agreement;

(b) awarding reasonable attorney's fees and costs;

(c) awarding service payments to the Named Plaintiffs and other Plaintiffs who actively participated in this litigation and helped create the class settlement benefit at significant personal risk; and

(d) dismissing the action with prejudice.

Dated: January 10, 2014

                                                /s/ Jeremy Heisler_____
                                                Jeremy Heisler*
                                                Andrew Melzer*
                                                **SANFORD HEISLER, LLP**
                                                1350 Ave of the Americas, 31st Floor
                                                New York, NY 10019
                                                Telephone: (646) 402-5650

1

Facsimile: (646) 402-5651
jheisler@sanfordheisler.com
amelzer@sanfordheisler.com

David Sanford*
Grant Morris*
**SANFORD HEISLER, LLP**
1666 Connecticut Ave, NW, Suite 300
Washington, DC 200009
Telephone: (202) 499-5201
Facsimile: (202) 499-5199
dsanford@sanfordheisler.com
gmorris@sanfordheisler.com

*Admitted Pro Hac Vice*

*Lead Counsel for Plaintiffs and the
Proposed Collective Action Class*

George E. Barrett
Douglas S. Johnston, Jr.
David W. Garrison
Scott P. Tift
**BARRETT JOHNSTON, LLC**
217 Second Ave North
Nashville, TN 37201
Telephone: (615)244-2202
Facsimile: (615)252-3798
gbarrett@barrettjohnston.com
djohnston@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com

*Co-Counsel for Plaintiffs and the Proposed
Collective Action Class*

2

# CERTIFICATE OF SERVICE

        I hereby certify that a true and exact copy of the foregoing *Notice of Plaintiffs' Unopposed Motion for Final Approval of Settlement and Related Relief* has been served on the following counsel of record via the court's ECF filing system, on this the 10th day of January, 2013:

Randall Fishman (#7097)
C. Barry Ward (#8447)
Richard S. Townley (#28164)
BALLIN, BALLIN & FISHMAN, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103-2357

Kenneth Ray Jones, Jr. (BPR #7278)
William B. Hawkins, III (BPR #20117)
JONES HAWKINS & FARMER, PLC
150 Fourth Avenue North, Suite 1820
Nashville, TN 37219

*Attorneys for Defendants*

                                            /s/ Jeremy Heisler
                                            Jeremy Heisler
                                            SANFORD HEISLER, LLP